UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KERRY SALAS DE LA MIYA #1550200** | **CASE NO. 2:24-CV-01012 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **14TH JUDICIAL DISTRICT COURT** | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

For the reasons stated in the Report and Recommendation (Doc. 8) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's leave to proceed IFP (Doc. 6) is **REVOKED**[1] and this matter is **DISMISSED WITH PREJUDICE** under § 1915(e)(1)(A).

**IT IS FURTHER ORDERED** that Plaintiff Kerry Salas De La Miya is **BARRED** from filing future *in forma pauperis* actions in this Court without first seeking leave to file.

**THUS DONE AND SIGNED** in Chambers on this 26th day of December, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 6.